## S. Edward Bloom, Appellant, v. Guy A. Richardson et al., Trading as Chicago Surface Lines, Appellees.

Gen. No. 41,468.

opinion filed January 21, 1941.  Bloom, Cohen & Bercov, for appellant;
Maxfield Weisbrod, of counsel; Frank L. Kriete and Charles V. Falken-
berg, for appellees; Charles V. Falkenberg, of counsel.  Opinion by
PRESIDING JUSTICE FRIEND.  "Not to be published in full."